IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JACQUELYN M. MOORE,<br><br>                Plaintiff,<br><br>  -v-<br><br>SPECIALTY GOVERNMENT SERVICES, LLC,<br><br>                Defendant. | CV-18-147-GF-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to written Stipulation by and between the parties, through their respective counsel,

**IT IS HEREBY ORDERED** that the claims between Plaintiff Jacquelyn M. Moore and Defendant Specialty Government Services, LLC are hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 22nd day of February, 2019.

_____
Brian Morris
United States District Court Judge

1